# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | ) ) ) | Civil Action No. 07cv00445 (SRU) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| QVC, INC, | ) ) | |
| Defendant. | ) | APRIL 4, 2007 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as attorney for defendant QVC, Inc., in the above-captioned matter.

**Dated at Hartford, Connecticut this 4th day of April, 2007.**

        DEFENDANT
        QVC, INC.

 By:  /s/ Doug Dubitsky, Esq.
      DOUG DUBITSKY, ESQ.
      Fed. Bar. No. ct21558
      Updike, Kelly & Spellacy, P.C.
      One State Street
      Hartford, CT  06123-1277
      Tel. (860) 548-2600
      Fax (860) 548-2680
      ddubitsky@uks.com

467308

THIS IS TO CERTIFY that on April 4, 2007 a copy of the foregoing Appearance was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system.

/s/Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, P.C.

467308