UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | ) ) ) | Civil Action No. 07cv00445 (SRU) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| QVC, INC, | ) ) | APRIL 4, 2007 |
| Defendant. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*
### OF ATTORNEY NATHANIEL METZ

Doug Dubitsky, on behalf of Defendant, QVC, Inc., hereby moves the Court for an order,

pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for

the District of Connecticut, permitting Attorney Nathaniel Metz to represent Defendant, QVC, Inc.

before this Court in this matter.

Attorney Metz practices law with the law firm of Saul Ewing LLP located at Centre Square

West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186.  Attorney Metz is a member in

good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia.

Attorney Metz has never been denied admission or disciplined by this Court or any other court.

Granting this Motion will not require any modification to the scheduling order in this action.

In support of this Motion, Defendant, QVC, Inc. submits the attached Affidavits of Doug

Dubitsky and Nathanial Metz.

*ORAL ARGUMENT NOT REQUESTED*
*NO TESTIMONY REQUIRED*

467080

Respectfully submitted,

THE DEFENDANT,
QVC, INC.

By: _____
      DOUG DUBITSKY, ESQ.
      Fed. Bar. No. ct21558
      Updike, Kelly & Spellacy, P.C.
      P.O. Box 231277
      One State Street
      Hartford, CT  06123-1277
      Tel. (860) 548-2600
      Fax (860) 548-2680
      ddubitsky@uks.com

467080

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was sent via United States mail, first

class, postage prepaid, this 4th day of April 2007, to all pro se parties and counsel of record as

follows:

> Eliot B. Gersten
> Gersten Clifford & Rome, LLP
> 214 Main Street
> Hartford, CT  06106

By: _____
       DOUG DUBITSKY, ESQ.
       Updike, Kelly & Spellacy, P.C.

467080