UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | ) Civil Action No.<br>) 07cv00445 (SRU)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| QVC, INC, | ) |
| Defendant. | ) MARCH 8, 2007 |

### AFFIDAVIT OF NATHANIEL METZ
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | SS.   APRIL 3, 2007 |
| COUNTY OF CHESTER | : | |

I, NATHANIEL METZ, being duly sworn, depose and say:

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am a partner in the firm of Saul Ewing LLP located at Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186. My telephone number is (215) 972-8385; my facsimile number is (215) 972-2282; and my email address is: nmetz@saul.com.

3. I am one of the attorneys for QVC, Inc. in the above-referenced matter and make this Affidavit in support of the Defendant's Motion for Admission *Pro Hac Vice* for purposes of the instant case only.

4. I am a member of the Bars of the Commonwealth of Pennsylvania and the District of Columbia. I am also admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, the U.S. District Court

459988

for the District of Columbia, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fifth Circuit and the U.S. Court of Appeals for the District of Columbia.

5. I do not have a grievance pending against me in this or any other jurisdiction. I have never been reprimanded, suspended, placed on inactive status, disbarred or ever resigned from the practice of law. I have never been denied admission or disciplined by this or any other Court.

6. I am a graduate of New York University and Temple University School of Law.

7. I have reviewed and am familiar with Rules of the United States District Court for the District of Connecticut.

8. The defendant, QVC, Inc. has asked Attorney Doug Dubitsky of the law firm of Updike, Kelly & Spellacy, P.C. to work with me on the defense of this matter and he has stated that he is willing to do so. I have asked Attorney Dubitsky to be my sponsoring lawyer in this matter and he has stated that he is willing to do so.

_____
NATHANIEL METZ

Subscribed and sworn to before me
this 3rd day of April, 2007.

_____
Notary Public
My Commission Expires:

NOTARIAL SEAL
Patricia A. Kuriger, Notary Public
Tredyffrin Twp., Chester County
My commission expires May 19, 2007

459988