UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | ) Civil Action No.<br>) 07cv00445 (SRU)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| QVC, INC, | ) |
| | ) APRIL 4, 2007 |
| Defendant. | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY JOHN E. BISORDI**

Doug Dubitsky, on behalf of Defendant, QVC, Inc., hereby moves the Court for an order, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, permitting Attorney John E. Bisordi to represent Defendant, QVC, Inc. before this Court in this matter.

Attorney Bisordi practices law with the law firm of Saul Ewing LLP located at Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186. Attorney Bisordi is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of Florida, and the State of New Jersey. Attorney Bisordi has never been denied admission or disciplined by this Court or any other court. Granting this Motion will not require any modification to the scheduling order in this action.

*ORAL ARGUMENT NOT REQUESTED*
*NO TESTIMONY REQUIRED*

467361

In support of this Motion, Defendant, QVC, Inc. submits the attached Affidavits of Doug Dubitsky and John E. Bisordi.

        Respectfully submitted,

        THE DEFENDANT,
        QVC, INC.

By: _____
        DOUG DUBITSKY, ESQ.
        Fed. Bar. No. ct21558
        Updike, Kelly & Spellacy, P.C.
        P.O. Box 231277
        One State Street
        Hartford, CT  06123-1277
        Tel. (860) 548-2600
        Fax (860) 548-2680
        ddubitsky@uks.com

467361

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via United States mail, first class, postage prepaid, this 4th day of April 2007, to all pro se parties and counsel of record as follows:

>Eliot B. Gersten
>Gersten Clifford & Rome, LLP
>214 Main Street
>Hartford, CT 06106

By: _____
DOUG DUBITSKY, ESQ.
Updike, Kelly & Spellacy, P.C.

467361