UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | ) ) ) Civil Action No. 07cv00445 (SRU) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| QVC, INC, | ) ) |
| Defendant. | ) MARCH 8, 2007 |

### AFFIDAVIT OF JOHN E. BISORDI
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA    :
                                :  SS.   APRIL 2, 2007
COUNTY OF PHILADELPHIA          :

I, JOHN E. BISORDI, being duly sworn, depose and say:

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am an associate with the firm of Saul Ewing LLP located at Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186. My telephone number is (215) 972-7759. My facsimile number is (215) 972-1831. My email address is jbisordi@saul.com.

3. I am one of the attorneys for QVC, Inc. in the above-referenced matter and make this Affidavit in support of the plaintiff's Motion for Admission *Pro Hac Vice* for purposes of the instant case only.

4. I am a member of the Bar of the Commonwealth of Pennsylvania, the State of Florida and the State of New Jersey. I am also admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for the District of New Jersey.

459988

5. I do not have a grievance pending against me in this or any other jurisdiction. I have never been reprimanded, suspended, placed on inactive status, disbarred or ever resigned from the practice of law. I have never been denied admission or disciplined by this or any other Court.

6. I am a graduate of Loyola College in Maryland and Villanova University School of Law.

7. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

8. The Defendant, QVC, Inc. has asked Attorney Doug Dubitsky of the law firm of Updike, Kelly & Spellacy, P.C. to work with me on the defense of this matter and he has indicated that he is willing to do so. I have asked Attorney Dubitsky to be my sponsoring lawyer in this matter and he has indicated that he is willing to do so.

_____
JOHN E. BISORDI

Subscribed and sworn to before me
this 2 day of April, 2007.

_____
Notary Public
My Commission Expires:

```
NOTARIAL SEAL
PATRICIA WEST
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Nov 16, 2008
```

459988