UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | ) Civil Action No.<br>) 07cv00445 (SRU) |
| Plaintiffs, | ) |
| v. | ) |
| QVC, INC, | ) |
| Defendant. | ) APRIL 4, 2007 |

### AFFIDAVIT OF DOUG DUBITSKY
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
### OF ATTORNEY JOHN E. BISORDI

STATE OF CONNECTICUT      :
                          :     SS.    HARTFORD   APRIL 4, 2007
COUNTY OF HARTFORD        :

I, Doug Dubitsky, being duly sworn, depose and say:

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am the attorney representing the defendant, QVC, Inc., in this matter. I practice with the law firm of Updike, Kelly & Spellacy, P.C. One State Street, Hartford, CT 06123, and am a member in good standing of the Bar of the Superior Court of the State of Connecticut and the Bar of the United States District Court for the District of Connecticut.

467361

3. I make this Affidavit in support of Defendant's Motion for Admission of John E. Bisordi *Pro Hac Vice* for purposes of the instant case only.

4. Attorney Bisordi practices law with the law firm of Saul Ewing LLP located at Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2186.

5. Attorney Bisordi is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of Florida, and the State of New Jersey. Attorney Bisordi is admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the District of New Jersey.

6. Attorney Bisordi has never been denied admission or disciplined by this or any other Court.

7. Defendant QVC, Inc. has asked that Updike, Kelly & Spellacy, P.C. work with Saul Ewing LLP on the defense of this matter and we will continue to do so.

DOUG DUBITSKY

Subscribed and sworn to before me
this 4th day of April, 2007.

Notary Public
My Commission Expires: 6/30/10

467361