# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN and ) <br> MODELS PREFER, LTD., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> QVC, INC, ) <br> ) <br> Defendant. ) | Civil Action No. <br> 07cv00445 (SRU) <br> <br> <br> <br> <br> <br> <br> MAY 1, 2007 |

## JOINT MOTION FOR EXTENSION OF TIME
## TO HOLD RULE 26(F) CONFERENCE AND FILE FORM 26(F)

Plaintiffs, Stacey and David Schieffelin and Models Prefer, LTD. ("Plaintiffs"), and Defendant, QVC, Inc, ("Defendant") hereby jointly move for an extension of time of thirty (30) days, to and including June 5, 2007, to confer pursuant to Fed. R. Civ. P. Rule 26(f), and a concomitant extension of time of thirty (30) days, to and including June 15, 2007, to file their report on Form 26(f). In support of this Motion, counsel for the Plaintiffs and the Defendant state that the Defendant has waived service of process pursuant to Fed. R. Civ. P. 4(d), and that pursuant to the Court's Order on Pretrial Deadlines, the Defendant's Motion to Dismiss is due on June 21, 2007. The parties do not anticipate the need to commence discovery before the Defendant's Motion to Dismiss is filed, and the parties need the additional time to consult with

470340

counsel as to the best and most efficient way to advance this litigation.. This is the first motion for extension of time filed by the parties with regard to this deadline.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS,<br>STACEY AND DAVID SCHIEFFELIN and<br>MODELS PREFER, LTD | DEFENDANT,<br>QVC, INC. |
| By:__/S/_ Eliot B. Gersten__<br>ELIOT B. GERSTEN, ESQ.<br>Federal Bar No. ct05213<br>GERSTEN CLIFFORD & ROME , LLP<br>214 Main Street<br>Hartford, CT  06106-188<br>Tel. 860-527-7044<br>Fax 860-527-4968<br>egersten@gcrlaw.net | By:__/S/_ Doug Dubitsky__<br>DOUG DUBITSKY, ESQ.<br>Federal Bar No. ct21558<br>UPDIKE, KELLY & SPELLACY, PC<br>One State Street, P.O. Box 231277<br>Hartford, CT 06123-1277<br>Tel. 860-548-2600<br>Fax 860-548-2680<br>ddubitsky@uks.com |

470340

THIS IS TO CERTIFY that on May 1, 2007 a copy of the foregoing Motion was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system.

      /S/_ Doug Dubitsky
Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, P.C.

470340