# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN and MODELS PREFER, LTD., | Civil Action No. 07cv00445 (SRU) |
| Plaintiffs, | |
| v. | |
| QVC, INC, | |
| Defendant. | MAY 7, 2007 |

## CERTIFICATE OF SERVICE OF
## QVC, INC.'S CORPORATE DISCLOSURE STATEMENT

THIS IS TO CERTIFY that on May 4, 2007 a copy of Defendant QVC, Inc's Corporate Disclosure Statement (Docket Entry # 11) was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system.

 /S/ Doug Dubitsky
Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, P.C.

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on May 7, 2007 a copy of the foregoing Certificate of Service was electronically filed. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. The undersigned did cause to be sent, by U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system.

   /S/_ Doug Dubitsky
Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, P.C.