**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

www.ctd.uscourts.gov

May 8, 2007

3:07CV445   SRU   Scheifflin vs. QVC

NOTICE TO COUNSEL

We have transferred the above-captioned case from the docket of the Honorable Stefan R. Underhill, U.S. District Judge, to the docket of the Honorable Vanessa L. Bryant, U.S. District Judge, who sits in Hartford. All future hard copy filings shall be filed with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT 06103. All other filings shall be filed electronically and the initials (VLB) shall appear after the case number.

By Order of the Court

Kevin F. Rowe, Clerk