## ORDER RE: TRANSFERRED CASE

**STATUS REPORT:**

The Parties are hereby ordered to file a joint status report not longer than five (5) pages, the status report shall consist of a concise statement of the nature of the case, status of discovery, outstanding legal issues, outstanding procedural issues, outstanding motions, and anticipated motions. The status report should also include the current scheduling order. The report shall be filed within fifteen (15) days of the date of this order, except that in a case involving a pro se party, the status report shall be filed within thirty (30) days of the date of this order.

**SCHEDULING ORDER:**

All scheduling orders in effect prior to the transfer shall remain in effect and shall be adhered to. Any scheduling orders vacated are hereby reinstated. Any party seeking to modify a scheduling order may do so in accordance with Fed. R. Civ. P 16 and D. Conn, L. Civ. R. 16.

/s/

Vanessa L. Bryant

United States District Judge