IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br>　　　　　　　　　Plaintiffs,<br>　v.<br>QVC, INC., a Delaware corporation,<br>　　　　　　　　　Defendant. | :<br>:<br>:<br>: CIVIL ACTION – 3:07-cv-445 (SRU)<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR EXTENSION OF TIME
(With Consent)

The Plaintiffs, STACEY SCHIEFFELIN, DAVID SCHIEFFELIN, and MODELS PREFER, LTD., with the consent of the Defendant, QVC, INC., hereby move for a fifteen (15) day extension of time, to and including June 21, 2007, to extend all scheduling deadlines, including the Fed. R. Civ. P. Rule 26f conference, filing the 26(f) report, and Defendant's response to Plaintiffs' Complaint. The parties are discussing settlement and request additional time to complete discussions.

This is Plaintiffs' second motion for an extension of time, as a Joint Motion was filed by the parties on May 1, 2007. Counsel for the Defendant has been contacted, and consents to the granting of this motion.

　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS,

　　　　　　　　By:　　_____
　　　　　　　　　　　　Eliot B. Gersten, Esquire
　　　　　　　　　　　　Gersten Clifford & Rome, LLP
　　　　　　　　　　　　214 Main Street
　　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　　Fed. Bar No.: ct15636
　　　　　　　　　　　　Telephone: (860) 527-7044
　　　　　　　　　　　　Facsimile: (860) 527-4968
　　　　　　　　　　　　Their Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation, :<br><br>Plaintiffs, :<br><br>v. :<br><br>QVC, INC., a Delaware corporation, :<br><br>Defendant. : | CIVIL ACTION - 3:07-cv-445 (SRU) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Eliot B. Gersten