IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>QVC, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | :<br>:<br>:<br>: CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO AMEND THE CONSENTED TO
MOTION FOR EXTENSION OF TIME**
(With Consent)

　　The Plaintiffs, STACEY SCHIEFFELIN, DAVID SCHIEFFELIN, and MODELS PREFER, LTD., with the consent of the Defendant, QVC, INC., hereby move to amend the Motion for Extension of time to correct the scrivener's error committed by Plaintiff's counsel for: a) an extension of time of fifteen (15) days, to and including June 21, 2007, to hold the Fed. R. Civ. P. Rule 26(f) conference; b) an extension of fifteen (15) days, to and including July 6, 2007, for filing the 26(f) report; c) and an extension of fifteen (15) days, to and including July 21, 2007, for filing the Defendant's response to Plaintiffs' Complaint. The parties are discussing settlement and request additional time to complete discussions.

　　This is Plaintiffs' second motion for an extension of time, as a Joint Motion was filed by the parties on May 1, 2007. Counsel for the Defendant has been contacted, and consents to the granting of this motion.

PLAINTIFFS,

By: _____
Eliot B. Gersten, Esquire
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Fed. Bar No.: ct15636
Telephone: (860) 527-7044
Facsimile: (860) 527-4968
Their Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation, | :<br>:<br>: |
| Plaintiffs, | : CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>: |
| v. | :<br>: |
| QVC, INC., a Delaware corporation, | :<br>: |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, a copy of the foregoing Motion to Amend the Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Eliot B. Gersten