IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>QVC, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | :<br>:<br>:<br>:  CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>:<br>:<br>:<br>:<br>:  JUNE 15, 2007 |

### JOINT STATUS REPORT

The parties to the above-captioned matter hereby submit the following joint status report pursuant to the Order of May 22, 2007:

**I.　NATURE OF CASE**:

　　The Plaintiff filed the instant action against the Defendant for breach of contract; breach of the covenant of good faith and fair dealing; failure to use best efforts; conversion and theft of intellectual property; tortuous interference with prospective business relations; and unfair competition.

**II.　STATUS OF DISCOVERY**

　　The parties have agreed to stay all discovery as they are attempting to settle the matter amicably.

**III.　OUTSTANDING LEGAL ISSUES**

　　There are no outstanding legal issues at this time.

**IV.　OUTSTANDING PROCEDURAL ISSUES**

　　There are no outstanding procedural issues at this time.

### V.  OUTSTANDING MOTIONS

The Plaintiff filed a Motion for Extension of Time and subsequent Motion to Amend with the consent of the Defendant on June 4, 2007 and June 5, 2005, respectively.

### VI.  ANTICIPATED MOTIONS

The parties do not anticipate any Motions at this time due to ongoing settlement negotiations.

### VII.  SCHEDULING ORDER

A copy of the current scheduling order is attached hereto.

| THE PLAINTIFFS, | THE DEFENDANT, |
|---|---|
| /s/ Eliot B. Gersten | /s/ Doug Dubitsky |
| Eliot B. Gersten, Esquire | Doug Dubitsky, Esquire |
| Gersten Clifford & Rome, LLP | Updaike, Kelley & Spellacy, P.C. |
| 214 Main Street | One State Street |
| Hartford, CT 06106 | Hartford, CT 06123 |
| 860-527-7044 | 860-548-2600 |
| 860-527-4968 (fax) | 860-548-2680 fax |
| egersten@gcrlaw.net | ddubitsky@uks.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>QVC, INC., a Delaware corporation,<br><br>Defendant. | :<br>:<br>:<br>:  CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Eliot B. Gersten
        Eliot B. Gersten

3