IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>QVC, INC., a Delaware corporation,<br><br>     Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR EXTENSION OF TIME
(With Consent)

The Plaintiffs, STACEY SCHIEFFELIN, DAVID SCHIEFFELIN, and MODELS PREFER, LTD., with the consent of the Defendant, QVC, INC., hereby move for an additional extension of time of fifteen (15) days, to a) to and including July 21, 2007, for filing the 26(f) report; b) and an extension of fifteen (15) days, to and including August 6, 2007, for filing the Defendant's response to Plaintiffs' Complaint. The parties are circulating settlement documents for signature and expect to report a settlement shortly.

This is Plaintiffs' third motion for an extension of time. Counsel for the Defendant has been contacted, and consents to the granting of this motion.

PLAINTIFFS

By: _____
Eliot B. Gersten, Esquire
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Fed. Bar No.: ct15636
Telephone: (860) 527-7044
Facsimile: (860) 527-4968

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>QVC, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:  CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, a copy of the foregoing Motion to Amend the Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Eliot B. Gersten