IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>QVC, INC., a Delaware corporation,<br><br>Defendant. | :<br>:<br>:<br>:  CIVIL ACTION - 3:07-cv-445 (VLB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:  JULY 17, 2007 |

### NOTICE OF DISMISSAL BY CONSENT

Pursuant to Fed. R. Civ. P. 41a(1), the plaintiffs, Stacey Schieffelin, David Schieffelin and Models Prefer, Ltd., hereby give notice that the above-referenced action is dismissed with prejudice to the rights of the parties without costs.

PLAINTIFFS,

By: _____
Eliot B. Gersten, Esquire
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Fed. Bar No.: ct15636
Telephone: (860) 527-7044
Facsimile: (860) 527-4968

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACEY AND DAVID SCHIEFFELIN, individuals, and MODELS PREFER, LTD., a Connecticut corporation, :<br>:<br>:<br>: | |
| Plaintiffs, : | CIVIL ACTION - 3:07-cv-445 (VLB) |
| :<br>v. :<br>: | |
| QVC, INC., a Delaware corporation, :<br>: | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007July 17, 2007 a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Eliot B. Gersten

2